**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

BRIAN DAMONT HENLEY,

              Petitioner,       :      Case No. 3:17-cv-421

   - vs -                           District Judge Thomas M. Rose
                                  Magistrate Judge Michael R. Merz

DAVID MARQUIS, Warden,
  Richland Correctional Institution

                               :

              Respondent.

## RECOMMITAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 29) to the Magistrate Judge's Supplemental Report and Recommendations (ECF No. 26).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

September 7, 2018.                                                           *s/Thomas M. Rose

                                                                                Thomas M. Rose
                                                                      United States District Judge